No. M-16. KARIMI *v.* UNITED STATES; and

No. M-17. BARAN *v.* FEDERAL NATIONAL MORTGAGE ASSOCIATION. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M-3. LOE *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari under seal denied without prejudice to filing a redacted petition for writ of certiorari within 30 days.

No. M-8. BYRD *v.* CONNELLY ET AL.; and

No. M-9. SANKAR *v.* ELLIS ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time under this Court's Rule 14.5 denied.

No. 65, Orig. TEXAS *v.* NEW MEXICO. Motion of the River Master for fees and reimbursement of expenses granted, and the River Master is awarded a total of $4,054.58 for the period April 1 through June 30, 1998, to be paid equally by the parties. [For earlier order herein, see, *e. g.,* 524 U. S. 925.]

No. 126, Orig. KANSAS *v.* NEBRASKA ET AL.;

No. 97-1943. SUTTON ET AL. *v.* UNITED AIR LINES, INC. C. A. 10th Cir.;

No. 97-1992. MURPHY *v.* UNITED PARCEL SERVICE, INC. C. A. 10th Cir.;

No. 98-127. CAMPOS ET AL. *v.* TICKETMASTER CORP. C. A. 8th Cir.; and

No. 98-5070. SLEKIS *v.* THOMAS, COMMISSIONER, CONNECTICUT DEPARTMENT OF SOCIAL SERVICES. C. A. 2d Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 96-1793. CEDAR RAPIDS COMMUNITY SCHOOL DISTRICT *v.* GARRET F., A MINOR, BY HIS MOTHER AND NEXT FRIEND, CHARLENE F. C. A. 8th Cir. [Certiorari granted, 523 U. S. 1117.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97-1287. HUGHES AIRCRAFT CO. ET AL. *v.* JACOBSON ET AL. C. A. 9th Cir. [Certiorari granted, 523 U. S. 1093.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97-1536. ARIZONA DEPARTMENT OF REVENUE *v.* BLAZE CONSTRUCTION CO., INC. Ct. App. Ariz. [Certiorari granted,